UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IK ENTERPRISES LLC,<br><br>　　　　Defendant. | Case No.17-cv-04660-SVK<br><br>**OSC RE SETTLEMENT**<br><br>Re: Dkt. No. 7 |

Plaintiff reports that this case has settled. ECF 7. All previously-scheduled deadlines and appearances are vacated.

By **October 16, 2017**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **October 24, 2017 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **October 17, 2017**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: September 5, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN VAN KEULEN
United States Magistrate Judge